**FILED**

OCT 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

For the BANKRUPTCY APPELLATE PANEL

Of the NINTH CIRCUIT

| | |
|---|---|
| In Re:   AMR MOHSEN, | No. C- 07-80183Misc. MHP |
| Appellant, | BAP No.  NC-07-1188 |
| | BK. No.   05-50662 |

**ORDER  RE APPLICATION  TO PROCEED IN FORMA PAUPERIS ON APPEAL TO THE BANKRUPTCY APPELLATE PANEL**

IT IS ORDERED that the application to proceed on appeal before the Bankruptcy Appellate Panel *in forma pauperis* is GRANTED.

Dated: *Oct. 16, 2007*

MARILYN HALL PATEL
United States District Judge

United States District Court
For the Northern District of California